1  JOHN J. JORDAN, ESQ. (State Bar No. 175678)
   400 Montgomery Street, Suite 200
2  San Francisco, CA 94104
   Tel: (415) 391-4814
3  Fax: (415) 391-4308

4  Counsel for Defendant
   ROY BRIAN MERCER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 98-0166 MMC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| vs. | ) | **ORDER CONTINUING STATUS** |
|  | ) | **HEARING** |
| ROY BRIAN MERCER, | ) |  |
| Defendant. | ) |  |

The United States, by Assistant U.S. Benjamin P. Tolkoff, and the defendant, Roy Brian Mercer, through John J. Jordan, counsel of record, hereby move this Court to continue the date of defendant's status hearing from June 13, 2012, until July 18, 2012, at 2:15 p.m..

1. The defendant is currently before this Court on a Form 12 supervised release violation, with a status hearing now scheduled for June 13, 2012.

2. At the time that Court scheduled the status hearing for June 13, 2012, counsel for the defendant mistakenly overlooked a conflict for that date. Counsel then contacted AUSA Tolkoff and Probation Officer Ortiz regarding possibly continuing the case one week until June 20, 2012. Both were agreeable, but Probation Officer Ortiz suggested moving the case until July 18, 2012, as she is still on limited duty for medical reasons and would not be able to personally appear on June 13 or June 20. By mid-July, however, she believes she will be back full time and able to appear. All parties are available to appear on that date.

Stipulated Continuance                    1

3. The parties accordingly ask the Court to continue the matter until July 18, 2012, at 2:15 p.m.

4. As the defendant has pled guilty, there are no speedy trial act concerns.

5. Accordingly, the parties ask the Court to continue the matter until July 18, 2012, at 2:15 p.m.

So Stipulated:  /S/ Benjamin P. Tolkoff
BENJAMIN P. TOLKOFF
Assistant U.S. Attorney

/S/ John J. Jordan
JOHN J. JORDAN
Counsel for Defendant

~~Proposed~~ **ORDER**

_____FOR GOOD CAUSE SHOWN, the date of defendant's status hearing is continued from June 13, 2012, until July 18, 2012, at 2:15 p.m.

SO ORDERED.

DATED: June 6 , 2012.

_____
MAXINE M. CHESNEY
United States District Judge

Stipulated Continuance                    2