IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 98-0166 MMC |
|---|---|
| Plaintiff, | ) ~~(Proposed)~~ **ORDER** |
| vs. | ) |
| ROY BRIAN MERCER, | ) |
| Defendant. | ) |

Before the Court is parties' Stipulated Motion, filed October 30, 2013.

**FOR GOOD CAUSE SHOWN**, the remaining term of the defendant ROY BRIAN MERCER's supervised release is hereby terminated, effective on the date of this ORDER.

October 31, 2013.

*/s/ Maxine M. Chesney*
Hon. MAXINE M. CHESNEY
United States District Judge

1